# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE THOMAS J. AQUILINO, JR., SENIOR JUDGE

-----------------------------------------------------------x
One Step Up,                           :
                                       :       Court No. 04-00397
                                       :
                 Plaintiff,            :
         v.                            :
                                       :
United States,                         :       Port: See Attached Schedules A
                                       :
                 Defendant.            :
                                       :
-----------------------------------------------------------x

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree:

1. The protests were filed and the action commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The imported merchandise identified on the entries set forth on the attached Schedules "A" consists of ladies' shelf bra camisoles knitted of either predominantly man-made fibers or predominantly of cotton, that have been permanently combined at the shoulder strap with a brassiere.

1

3. In liquidation, U.S. Customs and Border Protection classified the imported merchandise identified on Schedules A under one of the following provisions:

   a. As "T-shirts, singlets, tank tops and similar garments knitted or crocheted: Of cotton" under subheading 6109.10.00, Harmonized Tariff Schedule of the United States ("HTSUS"), at the duty rate of 17.0 or 17.4 percent *ad valorem*,

   b. As "Women's or girls' blouses and shirts, knitted or crocheted: Of cotton" under subheading 6106.10.00, HTSUS, at the duty rate of 19.8 *percent ad valorem*, or

   c. As "Sweaters, pullovers, sweatshirts, waistcoats (vests) and similar articles, knitted or crocheted: Of cotton: Other" under subheading 6110.20.20, HTSUS, at the duty rate of 16.9 or 17.3 percent *ad valorem*.

4. The stipulable imported merchandise identified in Schedules A is classifiable as "Other garments, knitted or crocheted: Of cotton" under subheading 6114.20.00, HTSUS, at the duty rate of 10.9 percent *ad valorem*.

5. The imported merchandise identified on Schedules A is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with interest provided by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Robert F. Seely
    Robert F. Seely
    GRUNFELD, DESIDERIO,
    LEBOWITZ, SILVERMAN &
    KLESTADT LLP
    599 Lexington Avenue
    36th Floor
    New York, New York 10022
    Tel.: (212) 557-4000

Attorneys for Plaintiff

JOSEPH H. HUNT
Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: _____
    JUSTIN R. MILLER
    Attorney-in-Charge

By: Beverly A. Farrell / JRM
    BEVERLY A. FARRELL
    Trial Attorney
    International Trade Field Office
    Civil Division Dept. of Justice,
    Commercial Litigation Branch
    International Trade Field Office
    26 Federal Plaza, Room 346
    New York, New York 10278
    Tel.: (212) 264-9230 or 9237

Attorneys for Defendant

## SCHEDULE A(1) TO STIPULATED JUDGMENT CIT No. 04-00397

**Port: Los Angeles (2704)**

**Summons Filed CIT NO. 04-00397: 8/06/2004**

\* Entries and entry lines marked with an asterisk are abandoned and not subject to stipulation of judgment.

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 2704-03-102836 | 175-3004280-7* | | | | | |
| 2704-03-102836 | 175-3004374-8* | | | | | |
| 2704-03-102836 | 175-3004376-3* | | | | | |
| 2704-03-102836 | 175-3004377-1* | | | | | |
| 2704-03-102837 | 175-3004375-5* | | | | | |
| 2704-03-102853 | 175-3004186-6* | | | | | |
| 2704-03-103046 | 175-3004450-6* | | | | | |
| 2704-03-103047 | 175-3004187-4* | | | | | |
| 2704-03-103247 | 175-3005154-3* | | | | | |
| 2704-03-103248 | 175-3005045-3* | | | | | |
| 2704-03-103394 | 175-3005344-0* | | | | | |
| 2704-04-100075 | 175-3005345-7* | | | | | |
| 2704-04-100076 | 175-3005660-9* | | | | | |
| 2704-04-100077 | 175-3005925-6* | | | | | |
| 2704-04-100078 | 175-3005924-9* | | | | | |
| 2704-04-100085 | 175-3005153-5* | | | | | |
| 2704-04-100421 | 175-3007353-9* | | | | | |
| 2704-04-100422 | 175-3007354-7* | | | | | |

One Step Up v. United States, Court No. 04-00397

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 2704-04-100423 | 175-3007567-4* | | | | | |
| 2704-04-100424 | 175-3007819-9* | | | | | |
| 2704-04-100425 | 175-3007821-5* | | | | | |
| 2704-04-100426 | 175-3007824-9* | | | | | |
| 2704-04-100427 | 175-3006851-3* | | | | | |
| 2704-04-100428 | 175-3007160-8* | | | | | |
| 2704-04-100674 | 175-3007359-6* | | | | | |
| 2704-04-100737 | 175-3007983-3* | | | | | |
| 2704-04-100737 | 175-3007988-2* | | | | | |
| 2704-04-100738 | 175-3008178-9* | | | | | |
| 2704-04-100739 | 175-3007987-4* | | | | | |
| 2704-04-100741 | 175-3008401-5* | | | | | |
| 2704-04-100784 | 175-3008876-8* | | | | | |
| 2704-04-100786 | 175-3008400-7* | | | | | |
| 2704-04-100979 | 175-3009463-4* | | | | | |
| 2704-04-100980 | 175-3009457-6* | | | | | |
| 2704-04-100986 | 175-3009080-6* | | | | | |
| 2704-04-100988 | 175-3009459-2* | | | | | |
| 2704-04-101316 | 175-3009953-4* | | | | | |
| 2704-04-101403 | 175-3011049-7* | | | | | |
| 2704-04-101430 | 175-3007571-6* | | | | | |

## SCHEDULE A(2) TO STIPULATED JUDGMENT CIT No. 04-00397

**Port:   NY/Newark (4601)**

**Summons Filed: CIT NO. 04-00397: 8/06/2004**

\* Entries and entry lines marked with an asterisk are abandoned and not subject to stipulation of judgment.

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 4601-03-103228 | 109-0531374-7* | | | | | |
| 4601-03-103230 | 109-0531375-4 | 001 | 39416BA | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103230 | 109-0531375-4 | 001 | 39416BB | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103230 | 109-0531375-4 | 001 | 39416BC | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103230 | 109-0531375-4 | 001 | 39416BD | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103230 | 109-0531375-4 | 002 | 39516BA | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103230 | 109-0531375-4 | 002 | 39516BB | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103230 | 109-0531375-4 | 002 | 39516BC | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103230 | 109-0531375-4 | 002 | 39516BD | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-03-103232 | 109-0531373-9* | | | | | |
| 4601-03-103386 | 109-0533139-2* | | | | | |
| 4601-03-103577 | 109-0534306-6* | | | | | |

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 4601-04-100216 | 113-2253077-2* | | | | | |
| 4601-04-100259 | 113-2254996-2 | 002 | 31178 | LADIES 55% COTTON, 37% POLYESTER, 8% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-04-100259 | 113-2254996-2 | 002 | 31278X | LADIES 55% COTTON, 37% POLYESTER, 8% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-04-100260 | 113-2282058-7 | 002 | 33271 | LADIES 55% COTTON, 35% POLYESTER, 10% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-04-100260 | 113-2282058-7 | 003 | 32476 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100307 | 109-0541573-2* | | | | | |
| 4601-04-100308 | 109-0541574-0* | | | | | |
| 4601-04-100312 | 109-0541572-4* | | | | | |
| 4601-04-100313 | 113-2282060-3* | | | | | |
| 4601-04-100314 | 113-2283074-3 | 001 | 38916 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6106.10.00 | 6114.20.00 |
| 4601-04-100314 | 113-2283074-3 | 003 | 36285 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-04-100314 | 113-2283074-3 | 004 | 36385 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100314 | 113-2283074-3 | 004 | 49645 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100319 | 109-0542406-4* | | | | | |

One Step Up v. United States, Court No. 04-00397

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 4601-04-100320 | 113-2281062-0 | 001 | 30373 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100320 | 113-2281062-0 | 001 | 31775 | LADIES 55% COTTON, 37% POLYESTER, 8% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100320 | 113-2281062-0 | 001 | 45486 | LADIES 97% COTTON, 3% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100320 | 113-2281062-0 | 001 | 49885 | LADIES 97% COTTON, 3% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100320 | 113-2281062-0 | 003 | 30772 | LADIES 55% COTTON, 37% POLYESTER, 8% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-04-100321 | 113-2282054-6 | 002 | 38930 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100321 | 113-2282054-6 | 002 | 39030X | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100322 | 113-2282055-3 | 002 | 30573 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100654 | 109-0542404-9* | | | | | |
| 4601-04-100655 | 113-2302370-2* | | | | | |
| 4601-04-100656 | 109-0544207-4 | 002 | 5340RL1 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6109.10.00 | 6114.20.00 |
| 4601-04-100656 | 109-0544207-4* | | | | | |
| 4601-04-100657 | 113-2301586-4* | | | | | |
| 4601-04-100704 | 109-0545675-1* | | | | | |
| 4601-04-100705 | 109-0545674-4* | | | | | |

One Step Up v. United States, Court No. 04-00397

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 4601-04-100706 | 109-0545361-8* | | | | | |
| 4601-04-100707 | 109-0545000-2* | | | | | |
| 4601-04-100708 | 113-2313001-0 | 002 | 41244 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100709 | 113-2302971-7* | | | | | |
| 4601-04-100761 | 109-0545001-0* | | | | | |
| 4601-04-100762 | 109-0545673-6* | | | | | |
| 4601-04-100763 | 113-2314680-0* | | | | | |
| 4601-04-100764 | 113-2314679-2 | 001 | 26823 | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100766 | 109-0544214-0* | | | | | |
| 4601-04-100767 | 109-0544213-2* | | | | | |
| 4601-04-100768 | 109-0546842-6* | | | | | |
| 4601-04-100805 | 113-2316179-1* | | | | | |
| 4601-04-100806 | 109-0546072-0* | | | | | |
| 4601-04-100807 | 113-2316180-9 | 001 | 45386G | LADIES 96% COTTON, 4% SPANDEX KNITTED BLOUSE | 6110.20.20 | 6114.20.00 |
| 4601-04-100807 | 113-2316180-9 | 001 | 46018A | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100807 | 113-2316180-9 | 001 | 46018B | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100807 | 113-2316180-9 | 001 | 46018C | LADIES 95% COTTON, 5% SPANDEX KNITTED TANK TOP | 6110.20.20 | 6114.20.00 |
| 4601-04-100808 | 109-0547227-9* | | | | | |

One Step Up v. United States, Court No. 04-00397

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 4601-04-101206 | 109-0550511-0* | | | | | |
| 4601-04-101207 | 109-0550510-2* | | | | | |
| 4601-04-101230 | 109-0550509-4* | | | | | |
| 4601-04-101304 | 113-2373390-4* | | | | | |
| 4601-04-101306 | 109-0550508-6* | | | | | |
| 4601-04-101307 | 109-0552818-7* | | | | | |
| 4601-04-101308 | 109-0552821-1* | | | | | |
| 4601-04-101320 | 109-0553747-7* | | | | | |
| 4601-04-101321 | 109-0553749-3* | | | | | |
| 4601-04-101322 | 113-2373942-2* | | | | | |
| 4601-04-101323 | 113-2373938-0* | | | | | |

<u>One Step Up v. United States,</u> Court No. 04-00397

## SCHEDULE A(3) TO STIPULATED JUDGMENT CIT No. 04-00397

**Port:** NY/JFK Airport (4701)

**Summons Filed CIT NO. 04-00397:** 8/06/2004

\* Entries and entry lines marked with an asterisk are abandoned and not subject to stipulation of judgment.

| Protest No. | Entry No. | Entry Line | Style No. | Description | HTSUS Assessed | HTSUS Claimed |
|---|---|---|---|---|---|---|
| 4701-04-100197 | 113-2303710-8* | | | | | |

**IT IS HEREBY ORDERED** that this Action is decided and the final judgment is to be entered by the Clerk of this Court, and that the appropriate Customs officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____            _____
                                    Thomas J. Aquilino, Jr., Senior Judge